**Homer BUCKLES, Appellant,**

**v.**

**Bill HEDRICK, Warden, U.S. Medical Center for Federal Prisoners, Appellee.**

No. 03–3097.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 3, 2003.

Decided Oct. 7, 2003.

Before MURPHY, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

Federal inmate Homer Buckles, confined in the United States Medical Center for Federal Prisoners at Springfield, Missouri, appeals the district court's dismissal without prejudice of his 28 U.S.C. § 2241 petition as moot. We grant Buckles leave to proceed in forma pauperis on appeal. We conclude the case is not moot because the record does not foreclose all reasonable expectations that the alleged violation could recur during Buckles's incarceration.

See County of Los Angeles v. Davis, 440 U.S. 625, 631, 99 S.Ct. 1379, 59 L.Ed.2d 642 (1979); St. Louis Fire Fighters Ass'n Int'l Ass'n of Fire Fighters Local 73 v. City of St. Louis, Mo., 96 F.3d 323, 329 (8th Cir.1996). Nonetheless, Buckles has not rebutted respondent's evidence that Buckles failed to exhaust administrative remedies. See 28 C.F.R. § 542 (2002); United States v. Chappel, 208 F.3d 1069, 1069–70 (8th Cir.2000) (per curiam).

Accordingly, we affirm the district court's dismissal without prejudice, but modify it to reflect that the dismissal is for Buckles's failure to exhaust administrative remedies. See 8th Cir. R. 47A(a).